United States District Court
Southern District of Texas
**ENTERED**
November 20, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **MANUEL AYALA RODRIGUEZ** | § | |
| | § | |
| **Petitioner** | § | |
| **VS.** | § | **CIVIL NO. 5:25-CV-156** |
| | § | **CRIMINAL NO. 5:20-CR-786-10** |
| **UNITED STATES OF AMERICA** | § | |

## ORDER

Manuel Enrique Ayala Rodriguez ("Petitioner"), federal prisoner number 15514-579, filed a *pro se* motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255.  (Dkt. 1; Cr. Dkt. 432.)  Petitioner pleaded guilty to conspiracy to possess with intent to distribute heroin, methamphetamine, and fentanyl and was sentenced to a 192-month term of imprisonment on April 1, 2022.  His appeal to the United States Court of Appeals for the Fifth Circuit was dismissed as frivolous on June 14, 2024.  Petitioner's sentence was subsequently reduced to a 135-month term of incarceration on August 28, 2024.

Pending before the Court are Petitioner's *pro se* motions to seal his petition (Dkt. 2; Cr. Dkt. 433), to stay the habeas proceedings (Dkt. 3; Cr. Dkt. 434), and to extend the stay (Dkt. 7; Cr. Dkt. 440).  The Court DENIES these motions for the reasons that follow.

1.     Petitioner asks the Court to seal his § 2255 motion "for his, and his family's, safety and security as it discusses sensitive matters and actions on his part."  (Dkt. 2, p. 1; Cr. Dkt. 433, p. 1.)  Petitioner does not reference or direct the Court to any sensitive matters or actions appearing in his motion, and he provides no factual or legal support for his

1 / 3

motion.  Moreover, the Court finds no compelling interest that outweighs the presumption of public access or anything extraordinary or unusual about Petitioner's claims of ineffective assistance of counsel that warrant sealing his motion.  Petitioner's plea agreement (and the factual basis for the plea), his re-arraignment transcript, his sentencing transcript, and his appellate proceedings were not filed under seal and are matters of public record.  Petitioner's motion to seal his § 2255 motion, (Dkt. 2; Cr. Dkt. 433), is DENIED.

2.      In his motions to stay and for an extended stay of his § 2255 proceedings, Petitioner asks that the proceedings be stayed until January 9, 2026, so that he may complete a review of his record and finalize an amended § 2255 motion with the help of fellow prisoners.  The motions to stay, (Dkt. 3; Cr. Dkt. 434), and to extend the stay, (Dkt. 7; Cr. Dkt. 440), are DENIED.  In lieu of staying this case, the Court GRANTS Petitioner leave to file an amended § 2255 motion until January 9, 2026.

For the above reasons, Petitioner's motions to seal his petition, (Dkt. 2; Cr. Dkt. 433), to stay the habeas proceedings, (Dkt. 3; Cr. Dkt. 434), and to extend the stay, (Dkt. 7; Cr. Dkt. 440), are DENIED.  Petitioner is GRANTED leave to file an amended § 2255 motion until January 9, 2026.

To any extent Petitioner's pending motions (Dkts. 1, 2, 3, 7; Cr. Dkts. 432, 433, 434, 440) have been docketed under seal or with restricted access, the motions are ORDERED unsealed and docketed without restricted access.

The Clerk of Court is DIRECTED to mail Petitioner a copy of this order by any receipted means at the address indicated in his most recent filing.

IT IS SO ORDERED.

SIGNED this November 19, 2025.

_____
Diana Saldaña
United States District Judge